SCHIFF HARDIN & WAITE
Heidi Oertle
6600 Sears Tower
Chicago, IL 60606

Attorneys for Defendant
OWENS-ILLINOIS, INC.



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ------------------------------------------------- : | |
| IN RE: ASBESTOS PRODUCTS : | |
| LIABILITY LITIGATION (NO. VI) : | |
| ------------------------------------------------- : | |
| This Document Relates To: : | CIVIL ACTION NO. MDL 875 |
| : | Judge Andersen |
| Albert Centers : | |
| Plaintiff : | |
| v. : | |
| : | |
| A.W. CHESTERTON COMPANY, et al., : | |
| Defendants. : | |
| : | |
| UNITED STATES DISTRICT COURT : | |
| NORTHERN DISTRICT OF ILLINOIS : | |
| EASTERN DIVISION : | |
| : | |
| CIVIL ACTION NO. 02C8702 : | |
| ------------------------------------------------- : | |



## NOTICE OF FILING

PLEASE TAKE NOTICE that on February 14, 2003, we caused to be filed by mail or in

person with the Clerk for the United States District Court for the Northern District of Illinois,

Eastern Division, Owens-Illinois, Inc.'s Entry of Appearance and Answer to Complaint.

Heidi Oertle, Esq.
Attorneys for Defendant
OWENS-ILLINOIS, INC.

Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

SCHIFF HARDIN & WAITE
Heidi Oertle
6600 Sears Tower
Chicago, IL 60606

Attorneys for Defendant
OWENS-ILLINOIS, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

----------------------------------------------------- :

IN RE: ASBESTOS PRODUCTS :     CIVIL ACTION NO. MDL 875
LIABILITY LITIGATION (NO. VI) :
----------------------------------------------------- :     JUDGE ANDERSEN

This Document Relates To: :

Albert Centers :

                        Plaintiff :

v. :     **FILED**

A.W. CHESTERTON COMPANY, et al., :

                Defendants. :     FEB 1 4 2003

:     MICHAEL W. DOBBINS

UNITED STATES DISTRICT COURT :     CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS :
EASTERN DIVISION :

CIVIL ACTION NO. 02C8702 :

----------------------------------------------------- :

:

## ENTRY OF APPEARANCE
## AND ANSWER TO COMPLAINT

     In accordance with the order, as amended, entered by the Honorable Charles R. Weiner

on August 20, 1986, In Re: Asbestos Litigation, Misc. Docket No. 86-0457 (E.D. of Pa.), this

document serves as both an Entry of Appearance and Answer to Plaintiffs' Complaint, and all

allegations contained in or incorporated in Plaintiffs' Complaint, are deemed denied. This also



serves to incorporate by reference the Asbestos Defendants' Master Affirmative Defenses including any amendments and supplements thereto.

TO THE CLERK:

Kindly enter our appearance on behalf of Defendant, Owens-Illinois, Inc.

SCHIFF HARDIN & WAITE

BY: *Heidi Oertle*

Heidi Oertle, Esq.
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

Attorneys for Defendant
OWENS-ILLINOIS, INC.

## CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Filing, Entry of Appearance and Answer to Complaint was mailed, postage pre-paid, on this 14 day of February, 2003 to the plaintiff's attorney.

*Pamela Amoaku*

Cascino Vaughan Federal Service List

| Counsel for Defendant | Address | Defendant |
|---|---|---|
| Attorney Unknown | | Nosroc Corp. |
| Attorney Unknown | | Ferodo America, Inc. |
| Attorney Unknown | | Shook & Fletcher Insulation Co. |
| Attorney Unknown | | National Services Industries, Inc. |
| Attorney Unknown | | Maremont Corp. |
| Bellande, Cheely, O'Flaherty, Sargis & Ayres | Daniel J. Cheely<br>19 South LaSalle Street<br>Suite 1203<br>Chicago, IL 60603<br>Phone: (312) 782-8188<br>Fax: (312) 782-0040 | AC & S, Inc. |
| Carter Law Offices | James R. Carter<br>Commerce Bank Building<br>Suite 529<br>Peoria, IL 61602<br>Phone: (309) 673-3517<br>Fax: (309) 673-3318 | Dresser Industries, Inc. |
| Cascino Vaughan Law Offices | Michael P. Cascino, Jill A. Rakauski<br>220 S. Ashland Avenue<br>Chicago, IL 60607<br>Phone: 312-944-0600<br>Fax: 312-944-1870 | Plaintiff |
| Herzog Crebs & McGhee LLP | Daniel G. Donahue<br>One City Centre, 24th floor<br>515 N. 6th Street<br>St. Louis, MO 63101-2409<br>Phone: 314-231-6700<br>Fax: 314-231-4656 | CBS Corp. (f/k/a Westinghouse Electric Corp |
| Heyl Royster Voelker & Allen | Robert H. Schultz, Jr. & Kent Plotner<br>103 W. Vandalia Street<br>Suite 100<br>Edwardsville, IL 62025<br>Phone: (618) 656-4646<br>Fax: (618) 656-7940 | CCR |
| Heyl, Royster, Voelker & Allen | Chris Larson<br>124 S.W. Adams<br>Suite 600<br>Peoria, IL 61602 | C.E. Thurston & Sons, Inc. |
| Hinshaw & Culbertson | Craig T. Liljestrand<br>222 North LaSalle Street<br>Suite 300<br>Chicago, IL 60601<br>Phone: (312) 704-3000<br>Fax: (312) 704-3001 | Rapid American Corp. |
| Jenner & Block | Stephanie Scharf & Dean Panos<br>One IBM Plaza<br>Suite 4400<br>Chicago, IL 60611-7602<br>Phone: 312-222-9350<br>Fax: 312-840-7765 | Pfizer Inc. |

Cascino Vaughan Federal Service List

| Counsel for Defendant | Address | Defendant |
|---|---|---|
| Johnson & Bell, Ltd. | William V. Johnson & Robert Spitkovsky, Jr. 55 E. Monroe Street Suite 4100 Chicago, IL 60603 Phone: (312) 372-0770 Fax: (312) 372-9818 | General Refactories Company (GREFCO) |
| Joseph Stalmack & Associate, P.C. | Joseph Stalmack 5253 Hohman Avenue P.O. Box 1150 Hammond, IN 46320 Phone: (219) 937-3700 Fax: (219) 931-1677 | Industrial Holdings Corp f/k/a/ Carborundum |
| Lewis, Rice & Fingersh, L.C. | Gary M. Smith & Michael P. Casey 500 North Broadway Suite 2000 St. Louis, MO 63102 Phone: (317) 237-0500 Fax: (317) 630-2790 | CSR Limited |
| Lucco, Brown & Mudge | Bill Lucco 224 St. Louis Street P.O. Box 539 Edwardsville, IL 62025 Phone: 618-656-2321 Fax: 618-656-2363 | Quigley |
| Sachnoff & Weaver, Ltd. | Jack L. Block 30 South Wacker Drive Suite 2900 Chicago, IL 60606 Phone: (312) 207-1000 Fax: (312) 207-6400 | Flintkote Co. |
| Segal McCambridge Singer & Mahoney Ltd. | One IBM Plaza 330 North Wabash Street Suite 200 Chicago, IL 60611 Phone: (312) 645-7800 Fax: (312) 645-7711 | Harbison-Walker Refractories Co. |
| Segal McCambridge Singer & Mahoney Ltd. | Edward McCambridge One IBM Plaza 330 North Wabash Street Suite 200 Chicago, IL 60611 Phone: (312) 645-7800 Fax: (312) 645-7711 | Garlock, Inc. |
| Segal McCambridge Singer & Mahoney Ltd. | Linda A. Graft One IBM Plaza 330 North Wabash Street, Suite 200 Chicago, IL 60611 Phone: (312) 645-7800 Fax: (312) 645-7711 | A.P. Green |
| Segal McCambridge Singer & Mahoney, Ltd. | Edward J. McCambridge One IBM Plaza 330 N. Wabash, Suite 200 Chicago, IL 60611 Phone: 312-645-7800 Fax: 312-645-7711 | Foster-Wheeler Energy Corp. |

Cascino Vaughan Federal Service List

| Counsel for Defendant | Address | Defendant |
|---|---|---|
| Sidley & Austin | Maja C. Eaton, Sarah R. Lyke & Timothy E. Kapshandy<br>One First National Plaza<br>Chicago, IL 60603<br>Phone: (312) 853-7000<br>Fax: (312) 853-7036 | General Electric Company |
| Skadden Arps Slate Meagher & Flom | Deborah G. Solmor & Mark Rakoczy<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606-1288<br>Phone: (312) 407-0700<br>Fax: (312) 407-0411 | Met Life |
| Unknown Attorney | | Empire Ace Insulation MFG Corp. |
| Unknown Attorney | | Rhone-Poulenc |
| Unknown Attorney | | Ericsson, Inc. |
| Unknown Attorney | | Union Carbide |
| Unknown Attorney | | Dana Corp. |
| Unknown Attorney | | I.U. North America, Inc. |
| Unnown Attorney | | T&N, Ltd. |
| Wildman Harrold Allen & Dixon | Kenneth M. Gorenberg, Robert L. Shuftan, Brian W. Lewis<br>225 West Wacker Drive<br>Chicago, IL 60606-1229<br>Phone: (312) 201-2000<br>Fax: (312) 201-2555 | North American Refractories Co. |
| Wildman Harrold Allen & Dixon | Kenneth M. Gorenberg<br>225 West Wacker Drive<br>Chicago, IL 60606-1229<br>Phone: (312) 201-2000<br>Fax: (312) 201-2555 | Combustion Engineering, Inc. |